## POORE v. POORE

No. 463P85.

Case below: 75 N.C. App. 414.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.

## SERVOMATION CORP. v. HICKORY CONST. CO.

No. 298PA85.

Case below: 74 N.C. App. 603.

Petition by defendant and third-party plaintiff for discretionary review under G.S. 7A-31 allowed as to issue of whether defendant waived its right to compulsory arbitration 19 September 1985.

## STATE v. ALLEN

No. 413PA85.

Case below: 74 N.C. App. 449.

Petition by defendant for discretionary review under G.S. 7A-31 Allowed 19 September 1985.

## STATE v. BLAKNEY

No. 337P85.

Case below: 74 N.C. App. 608.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.

## STATE v. CANNADY

No. 369P85.

Case below: 74 N.C. App. 785.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.